IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLEN MCPHERSON**          Plaintiff,    v.    **CREDIT COLLECTION SERVICES**          Defendants. | Civil Action No.    **2:17-cv-03981-WB** |

### STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a) (1) (A) (ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the voluntary dismissal of all claims against Defendant, Credit Collection Services, in the above-captioned matter, with prejudice and without costs or disbursements to any of the parties. A proposed order of dismissal is attached hereto as Exhibit A.

**Dated:** November 14, 2017.

Respectfully submitted,

| | |
|---|---|
| */s/ Fred Davis* | */s/ Lawrence J. Bartel* |
| Fred Davis, Esquire | Lawrence J. Bartel., Esquire |
| Attorney for Plaintiff | Attorney for Defendant |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLEN MCPHERSON** | **Civil Action No.** |
| Plaintiff, | **2:17-cv-03981-WB** |
| v. | |
| **CREDIT COLLECTION SERVICES** | |
| Defendants. | |

### ORDER

**IT IS HEREBY ORDERED:**

1. That, pursuant to the parties' November 14 24, 2017 Joint Stipulation of Dismissal, all claims asserted in Civil Action No. **2:17-cv-03981**, are dismissed;

2. That Plaintiff's claims are dismissed, with prejudice; and

3. That all parties shall bear their own attorneys' fees and costs incurred in this action;

**SO ORDERED** this ____ day of _____, 2017.

_____
J.